**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

**MARY HELEN WILLIAMS-WHITE, Appellant**

**V.**

**HENRY M. WHITE, BY AND THROUGH ELAINE FLEMING,
GUARDIAN OF THE PERSON AND ESTATE OF HENRY M. WHITE, Appellee**

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. FA-12-0829**

## ORDER

We **DENY** appellee's December 27, 2013 motion to dismiss the appeal.

In a letter dated June 18, 2013, the Court informed appellant that it had received notice from the court reporter that the reporter's record had not been filed because appellant had not paid or made arrangements to pay for the record. We instructed appellant to file, within ten days, either written verification that appellant has paid or made arrangements to pay for the reporter's record or written documentation that appellant has been found to be entitled to proceed without advance payment of costs. We cautioned appellant that if the Court did not received the required documentation within the time specified the Court may order the appeal submitted without a reporter's record. As of today's date, appellant has not provided the requested documentation.

Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c)(2).

Appellant shall file her brief **ON OR BEFORE FEBRUARY 5, 2014**. If appellant does not file her brief on or before **FEBRUARY 5, 2014**, the appeal will be dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     ELIZABETH LANG-MIERS
JUSTICE